# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5102

_____

CHRISTOPHER CHARLES
MCINTOSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

October 30, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Charles McIntosh, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.